UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

LEEQUANE ANTHONY McGOWAN,
                PLAINTIFF,

V.                      CASE NO. 19-CV-978

SANDRA McARDLE,
                DEFENDANT.

## NOTICE OF APPEAL

Notice is hereby given that Leequane Anthony McGowan, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, from a final judgment on May 25, 2021, wherein the civil action was dismissed.

The District Court did not address appealability. Thus, McGowan requests Certificate of Appealability be issued to proceed to USCA-7th Cir.

-1-

DATED THIS 7th DAY OF JUNE, 2021.

RESPECTFULLY SUBMITTED.

*LeeQuane McGowan*

LEEQUANE A. McGOWAN
\# 490951
COLUMBIA CORR. INST.
P.O. BOX 900
PORTAGE, WI 53901